UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BARBARA LUCA,<br>       Plaintiff,<br> v.<br>CAROLN W. COLVIN,<br>Acting Commissioner of<br>Social Security Administration,<br>       Defendant. | Case No.  3:14-cv-00615-LRH-WGC<br><br>ORDER |

  Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (ECF No. 15) entered on February 10, 2016, recommending granting Plaintiff's Motion for Remand/Reversal (ECF No. 12) filed on July 17, 2015, and denying Defendant's Cross-Motion for Summary Judgment (ECF No. 13) entered on July 28, 2015.  No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

  The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (ECF No. 15) entered on February 10, 2016, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (ECF No. 15) entered on February 10, 2016, is **ADOPTED AND ACCEPTED**, and Plaintiff's Motion for Remand/Reversal (ECF No. 12) is **GRANTED**.

IT IS FURTHER ORDERED that Defendant's Cross-Motion for Summary Judgment (ECF No. 13) is **DENIED**.

IT IS FURTHER ORDERED that this matter is **REMANDED** to the ALJ for further proceedings consistent with the Magistrate's Report and Recommendation (ECF No. 15).

IT IS SO ORDERED.

DATED this 22nd day of March, 2016.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE