UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BARBARA LUCA,<br><br>  Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,<br><br>  Defendant. | Case No. 3:14-cv-00615-LRH-WGC<br><br>ORDER |

It has come to the court's attention that subsequent to its March 22, 2016 Order (ECF No. 16) adopting the Magistrate Judge's Report and Recommendation (ECF No. 15), thereby granting Plaintiff's Motion for Remand/Reversal (ECF No. 12) and denying Defendant's Cross-Motion for Summary Judgment (ECF No. 13), no judgment has been entered. Good cause appearing,

IT IS HEREBY ORDERED that the Clerk of the Court shall enter judgment in this matter *nunc pro tunc*.

IT IS SO ORDERED.

DATED this 26th day of July, 2016.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE