AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

**** DISTRICT OF   NEVADA

BARBARA LUCA,

       Plaintiff,

v.

CAROLYN W. COLVIN, et al.,

       Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  **3:14-cv-00615-LRH-WGC**

___ **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Remand/Reversal (ECF No. 12) is **granted.**

March 22, 2016 *nunc pro tunc*

                                   **LANCE S. WILSON**
                                   Clerk

                                   /s/ K. Rusin
                                   Deputy Clerk